```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 08 B 32982
   STANISLAWA Z GONDEK
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX


           Debtor
   SSN XXX-XX-9945


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/03/2008 and was not confirmed.

     The case was dismissed without confirmation 02/02/2009.
--------------------------------------------------------------------------
CREDITOR NAME           CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
NATIONAL CITY MORTGAGE  CURRENT MORTG         .00         .00            .00
NATIONAL CITY MORTGAGE  SECURED NOT I    38204.79         .00            .00
NATIONAL CITY MORTGAGE  CURRENT MORTG         .00         .00            .00
NATIONAL CITY MORTGAGE  SECURED NOT I         .00         .00            .00
KOKOSZKA & JANCZUR PC   DEBTOR ATTY           .00                        .00
TOM VAUGHN              TRUSTEE                                          .00
DEBTOR REFUND           REFUND                                           .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                     --------------     --------------
TOTALS                     .00                  .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 03/05/09            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```